McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2785

**SEALED**

FILED
NOV 28 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) Misc. S.W. No. 01-0085-DAD
APPLICATION OF THE ) Misc. S.W. No. 01-0108-JFM
UNITED STATES OF AMERICA )
FOR AN ORDER AUTHORIZING )
THE INSTALLATION AND USE OF ) MOTION AND ORDER
REMOTE CONTROLLED VIDEO CAMERA) TO UNSEAL POLE CAMERA
& MICROWAVE TRANSMITTING ) APPLICATIONS AND ORDERS
DEVICES Re: 5551 Waterfall )
Trail, Greenwood, Ca. and )
1020 Northside Drive, Suite D )
Cool, Ca. )
_____)

The United States, by and through its counsel, hereby informs the Court that this investigation has resulted in the arrest of two defendants and hereby moves this Court to order the unsealing of the orders, applications, declarations, and any attachments, filed in the above-captioned matters.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: _/s/ Anne Pings_____
ANNE PINGS
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: _11/28/05_

_/s/ Dale A. Drozd_____
United States Magistrate Judge